■ ROBERT MALINOWSKI, Petitioner, v EDWARD V. REGAN, as Comptroller of New York State, and Administrator of the New York State Employees' Retirement System, Respondent. [604 NYS2d 843] —Motion for leave to appeal to this Court denied. Memorandum: The motion is unnecessary (see, CPLR 7804 [g]; *Matter of Desmone v Blum*, 99 AD2d 170, 176-177). Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Sept. 21, 1993.)

■ LINDA L. KEEFE, Appellant, v VICTOR F. KEEFE, Respondent. [604 NYS2d 844] —Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Green, Balio, Lawton and Boomer, JJ. (Filed Sept. 22, 1993.)

■ In the Matter of THOMAS MULLER, Appellant, and GREAT LAKES WIRELESS TALKING MACHINE Co., Respondent, v ZONING BOARD OF APPEALS OF TOWN OF BRISTOL, Respondent. THOMAS L. MULLER et al., Appellants, v SENECA GORHAM TELEPHONE COMPANY et al., Respondents. [604 NYS2d 843] — Motion to vacate dismissal of appeals denied. Memorandum: Appellants have not shown merit to the appeals. Present— Callahan, J. P., Green, Fallon, Doerr and Boomer, JJ. (Filed Sept. 22, 1993.)

■ In the Matter of MARTIN J. SAWMA, Petitioner, v MARY JO BANE, as Commissioner of New York State Department of Social Services, et al., Respondents. [604 NYS2d 844] —Motion for permission to appeal to this Court denied. Memorandum: The motion for leave to appeal is denied because the appeal lies as of right. Petitioner has 30 days from the service of our order with notice of entry to file and serve a notice of appeal (see, CPLR 5514 [a]; *Park E. Corp. v Whalen*, 38 NY2d 559). Present —Pine, J. P., Balio, Lawton, Boomer and Boehm, JJ. (Filed Sept. 22, 1993.)